UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEROY CLEMONS,<br><br>Plaintiff,<br><br>v.<br><br>TIM SULLEY, et al.,<br><br>Defendants. | Case No. 18-cv-05025-HSG (PR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order of Dismissal, the Court hereby DISMISSES this action without prejudice. The Clerk of the Court shall enter judgment in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/29/2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge